# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SUCCESSION OF JOHN ALMA
BROOKS

NO.  2019 CW 0886

VERSUS

IBERIABANK CORPORATION AND
VIRGINIA F. BROOKS

SEP 3 0 2019

In Re:   Succession of John Alma Brooks through Hughree F. Brooks in his capacity as Independent Executor, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2016-12913.

BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.

WRIT DENIED.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT